# Court of Appeals
# of the State of Georgia

ATLANTA,  October 09, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0051.  DEANA J. JORDAN v. CAPITAL ONE BANK (USA) N.A.**

Deana J. Jordan, defendant in the case below, seeks review of the trial court's June 11, 2012 order granting summary judgment to the plaintiff.  On July 12, 2012, Jordan filed a notice of appeal in the superior court, which was docketed here as Case No. A12A2521.  We dismissed that appeal, explaining that Jordan was required to follow the discretionary appeal procedures to obtain review of the trial court's order because it was an award of less than $10,000 in an action for damages.  Jordan then filed this application for discretionary review.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  We lack jurisdiction to consider an untimely application.  See *Hill*, supra.  Here, Jordan filed her application on September 13, 2012, which was 94 days after the trial court's order was entered.  Accordingly, we lack jurisdiction.

To the extent Jordan contends that her application should be deemed timely filed, her arguments are without merit.  "[T]he failure to meet the statutory deadline for filing a discretionary appeal is a jurisdictional defect," and we may excuse compliance with this requirement "only where necessary to avoid or remedy a constitutional violation concerning the appeal."  *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011); see also *Crosson v. Conway*, 291 Ga. 220 (1) (728 SE2d 617) (2012) (where a pro se party failed to file a timely application for discretionary

appeal, the appellate court lacks jurisdiction to entertain the appeal).

Because Jordan's application is untimely, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* <u>10/09/2012</u>
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*